# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Timothy J. and Beverly M. Kato,            Chapter 7

        Debtor(s).                      BK 04-61108

---

Habbo G. Fokkena, United States Trustee

        Plaintiff,

vs.                                                    Adv. No. 04-6143

Timothy J. and Beverly M. Kato,

        Defendant(s).

---

## AFFIDAVIT OF SERVICE

---

      The undersigned hereby certifies under penalty of perjury that she is an employee in the Office of the United States Trustee for the District of Minnesota and is a person of such age and discretion as to be competent to serve papers.

      That on December 28, 2004, she served a copy of the United States Trustee's Summons & Complaint to Deny Discharge and Verification in the above-referenced case by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

**Addressee(s):**

Rolf H. Nycklemoe
106 E. Washington
Fergus Falls, MN 56537-0936

Tamara L. Yon
407 North Broadway
P O Box 605
Crookston, MN 56716

Gary I. Syverson
Attorneys for Hometown Community Bank
710 Broadway
P O Box 787
Alexandria, MN 56308

Timothy J. and Beverly M. Kato
304 Woodsmen Drive NE
Alexandria, MN 56308

_____
Office of the United States Trustee
**Emily Rohr**

**Subscribed and sworn to before
me this 28th day of December, 2004.**

_____
**Notary Public**

THOMAS E. KLEINER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES
JANUARY 31, 2005