UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  
BKY No. 04-61108

TIMOTHY JAMES KATO AND
BEVERLY MARIE KATO

Debtor(s).

---

Habbo G. Fokkena, United States Trustee,

Plaintiff(s),

ADV No. 04-6143

v.

Timothy James Kato and
Beverly Marie Kato,

Defendant(s).

**JUDGMENT**

---

This proceeding came before the Court, and a decision or Order for judgment was duly rendered, the Honorable Dennis D. O'Brien, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:**

Defendants are denied a discharge in Bankruptcy case number 04-61108 pursuant to 11 USC 727(A)(4).

Dated: March 16, 2005

LORI VOSEJPKA
Clerk, U.S. Bankruptcy Court

By *Delores Campbell*
Delores Campbell
Deputy Clerk

6-1

```
Case: 04-06143    Form id: 122    Ntc Date: 03/16/2005    Off: 6    Page : 1
Total notices mailed: 3

Defendant KATO, BEVERLY MARIE    304 WOODSMEN DR  NE,    ALEXANDRIA, MN 56308
Defendant KATO, TIMOTHY JAMES    304 WOODSMEN DR  NE,    ALEXANDRIA, MN 56308
Aty        WENCIL, SARAH J   US TRUSTEE OFFICE,    300 S 4TH ST STE 1015,    MINNEAPOLIS, MN 55415
```